IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| CODY FULTZ and AMANDA FULTZ | * * | |
| vs | * * | Case No. |
| JEWELL TRUCKING, LLC, MERVIN CRIGLER, et al | * * | **2:20-CV-02890-MSN-atc** |
| Defendants. | | |

| | | |
|---|---|---|
| JENNIFER STAFFORD, as Next of King of JUSTIN STAFFORD, Deceased; LONJA HELOTON and RICHARDON HELTON, as Next of King of JARED LEE HELTON, Deceased; and KIERAH SLONE, as Next Friend of EMILY SAGE STAFFORD, a Minor, | * * * * * * | |
| Plaintiffs, | * * | Case No. |
| vs | * * | **2:20-CV-02891-MSN-atc** |
| PENSKE TRUCK LEASING CO. a/k/a PENSKE TRUCK LEASING CO., et al | * * | |
| Defendants. | * | |

| | | |
|---|---|---|
| LEJULIAN ROY, | * * | |
| Plaintiff, | * * | Case No. |
| vs | * * | **2:21-CV-02009-MSN-atc** |
| PENSKE TRUCK LEASING CO., et al | * * | |
| Defendants. | * | |

**\*\*PENDING MOTION TO CONSOLIDATE ALL ABOVE MATTERS\*\***

1

## **CINCINNATTI INSURANCE COMPANY'S MOTION TO INTERVENE**

COMES NOW Cincinnati Insurance Company, as subrogee of A&A Safety, Inc., by and through counsel, and move for leave to intervene as Plaintiff's in this action pursuant to Federal Rule of Civil Procedure 24. As grounds therefor, Movant respectfully shows unto the Court as follows:

1. This litigation arises out of an accident occurring on November 6, 2019 in Memphis, Tennessee.

2. A&A Safety, Inc. was performing contract work for the Tennessee Department of Transportation.

3. Cincinnati Insurance Company insured two vehicles owned by A&A Safety, Inc., described as a 2002 Ford F-750 and a 2012 Freightliner M2 106.

4. On November 6, 2019, a semi-truck being driven by Defendant Mervin Crigler was speeding, lost control and crashed into CIC's insured vehicles during the course of their work, causing extensive property damage.

5. Pursuant to Federal Rule of Civil Procedure 24(a)(2), Cincinnati Insurance Company has the right to intervene in this lawsuit in order to protect and enforce its subrogation lien.

6. As of this date, CIC's total damages are unknown, as the trucks are being held by law enforcement due to a pending criminal matter as a result of this accident.

WHEREFORE, Cincinnati Insurance Company as subrogee of A&A Safety, Inc., requests that the court permit it to intervene in the prosecution of Plaintiff's claims against Defendants to the following extent:

(A) To be listed as a represented party and to be provided notice of all proceedings in this litigation;

(B) To receive notice of and participate in any mediation and participation in settlement discussions;

(C) Participation in any hearings which may be held concerning the terms of settlement and/or its impact on Cincinnati Insurance Company's subrogation interests;

(D)  If necessary, to put on evidence about its damages; and

(E)  If necessary, to offer oral argument to the jury about such costs.


                                */s/ Gregory A. Eldridge*
                                Gregory A. Eldridge, *Pro Hac Vice*
                                Attorneys for the Plaintiff
                                169 Dauphin St. Suite 200
                                Mobile, AL 36602
                                (251) 344-8181
                                gae@sshlawpc.com


## **CERTIFICATE OF SERVICE**

I do hereby certify that I have on this 7th day of April, 2021, served a copy of the foregoing discovery on counsel for the parties to this proceeding by via electronic mail, as follows:

John Thomas Feeney, III
FEENEY & MURRAY, PC
401 Church St., #2800
P.O. Box 198685
Nashville, TN 37219
johntfeeney@feeneymurray.com

Stephan David Karr
FLEXER LAW PLLC
1900 Church Street, Ste 400
Nashville, TN 37203
steve@flexerlaw.com

Harry W. Lebair, IV
ALLEN SUMMERS SIMPSON
    LILLIE & GRESHAM, PLLC
Brinkley Plaza
80 Monroe Ave., Ste. 650
Memphis, TN 38103-2466
hlebair@allensummers.com

Melanie M. Stewart
STEWART LAW GROUP, PLLC
9040 Garden Arbor Dr., Ste. 101
Germantown, TN 38138
mstewart@heatonandmoore.com

Jennifer S. White
PETERSON WHITE LLP
6330 Baum Drive
Knoxville, TN 37917
jswhite@mijs.com

Jessica L Turner
WOLFF ARDIS, P.C.
5810 Shelby Oaks Dr
Memphis, TN 38134
jturner@wolffardis.com

Patrick M. Ardis
WOLFF ARDIS
5810 Shelby Oaks Dr.
Memphis, TN 38134
pardis@wolffardis.com

Danny Parish
WOLFF ARDIS, P.C.
5810 Shelby Oaks Dr
Memphis, TN 38134
dparish@wolffardis.com

Amber Griffin Shaw
HARRIS SHELTON HANOVER WALSH, PLLC
114 W. Liberty Ave, Ste 202
Covington, TN 38019
ashaw@harrisshelton.com

                */s/ Gregory A. Eldridge*
                GREGORY A. ELDRIDGE