IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

LEJULIAN ROY,

    Plaintiff,

v.                                              Case No 2:21-cv-02009-MSN-tmp
                                                        JURY DEMANDED

PENSKE TRUCK LEASING CO.,
JEWELL TRUCKING, LLC,
PENSKE TRUCK LEASING CO., L.P.,
AND MERVIN CRIGLER,

    Defendants.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiffs' Complaint, as removed from the Circuit Court of Tennessee for the Thirtieth Judicial District, (ECF No. 1-2), docketed with this Court on January 6, 2021,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Parties' Joint Stipulation of Dismissal, filed February 21, 2022, (ECF No. 36), and in accordance with Fed. R. Civ. P. 41(a)(1)(A)(ii), settling this matter between the parties and dismissing all claims against Defendants with prejudice, all claims against Defendants are hereby **DISMISSED WITH PREJUDICE**.

APPROVED: *s/ Mark S. Norris*
                    MARK S. NORRIS
                    UNITED STATES DISTRICT JUDGE

DATE:     February 22, 2022